PINILISHALPERN, LLP
160 Morris Street
Morristown, NJ 07960
Tel: (973) 401-1111
Fax: (973) 401-1114
Attorney for Plaintiffs
File No. 11619

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA SKEEN and LAURIE FREEMAN, on behalf of themselves and all others similarly situated, | Case No. 2:13-cv-01531 |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF INFORMATION FOR PLAINTIFF'S COUNSEL** |
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; BMW (U.S.) HOLDING CORP., a Delaware corporation; and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a foreign corporation, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mr. Raymond P. Boucher has joined the firm of Khorrami Boucher Sumner & Sanguinetti, LLP and proofs of service should be updated accordingly with the following contact information:

KHORRAMI BOUCHER SUMNER & SANGUINETTI, LLP
444 South Flower Street, 33rd Floor
Los Angeles, California   90071
Email:  rboucher@kbsslaw.com
Tel:  213-596-6000
Fax:  213-596-6010

2

CERTIFICATION OF SERVICE

      I hereby certify that simultaneous with the filing of the within document, a copy of same was served electronically upon opposing counsel *via* ECF:

      Christopher Dalton
      BUCHANAN INGERSOLL & ROONEY, PC
      550 Broad Street, Suite 810
      Newark, NJ   07102
      Counsel for Defendants

Dated: July 23, 2013

By: *William J. Pinilis /s/*
    William J. Pinilis (#2130)