P<small>INILIS</small>H<small>ALPERN</small>, LLP
160 Morris Street
Morristown, NJ  07960
Tel: (973) 401-1111
Fax: (973) 401-1114

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA SKEEN and LAURIE FREEMAN, et al., on behalf of themselves and all others similarly situated, | Case No. 2:13-cv-01531-WHW-CLW |
| Plaintiffs, | NOTICE OF CHANGE OF INFORMATION FOR INTERIM CO-LEAD CLASS COUNSEL |
| v. | |
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; BMW (U.S.) HOLDING CORP., a Delaware Corporation; and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, a foreign corporation, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mr. Raymond P. Boucher, Interim Co-Lead Class Counsel, is no longer an attorney practicing law with Khorrami Boucher, LLP. Mr. Boucher has started his own law firm, Boucher, LLP.  Proofs of service should be updated accordingly with the following contact information:

BOUCHER, LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California   91367
Website: www.boucher.la | E-mail:  ray@boucher.la
Tel:   818-340-5400 | Fax:   818-340-5401

2

## CERTIFICATION OF SERVICE

I hereby certify that simultaneous with the filing of the within document, a copy of same was served electronically upon opposing counsel *via* ECF:

> Christopher Dalton
> BUCHANAN INGERSOLL & ROONEY, PC
> 550 Broad Street, Suite 810
> Newark, NJ   07102
> Counsel for Defendants

Dated: December 16, 2014                              By: */s/ William J. Pinilis*
                                                                                          William J. Pinilis (#2130)